NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000065
27-MAY-2011
08:08 AM

NO. CAAP-10-0000065

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOAHANNA RAHMAN,
nka Joahanna Dela Cerna, Plaintiff-Appellee,
v.
FAISAL RAHMAN, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1UJ081000032)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant Faisal Rahman (Appellant) filed a notice of appeal on October 7, 2010; (2) on December 6, 2010, the appellate clerk filed a notice of entering case on calendar and notified Appellant the jurisdictional statement was due on December 16, 2010, and the opening brief was due on January 18, 2011; (3) Appellant did not file the statement of jurisdiction or the opening brief; (4) on April 25, 2011, the appellate clerk

informed Appellant that: (a) the time to file the statement of jurisdiction and the opening brief had expired; (b) the matter would be brought to the attention of the court on May 5, 2011 for such action as the court deems proper; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the statement of jurisdiction and opening brief or seek relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i,  May 27, 2011.

Chief Judge

Associate Judge

Associate Judge